UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 12  A 8:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

RHODA SPANGLER, )
)
Plaintiff )
)
v. ) Civil Action No. _____
)
UNUM LIFE INSURANCE COMPANY )
OF AMERICA, and )
USI CONSULTING GROUP, )
)
Defendants )

04 12139 NMG

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendant Unum Life Insurance Company of America:

John J. Aromando
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

Dated: October 8, 2004

John J. Aromando
Bar Reg. No. 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0277016.1}