UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 12  A 8:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

RHODA SPANGLER,        )
                       )
        Plaintiff      )
                       )
v.                     )        Civil No._____
                       )
UNUM PROVIDENT LIFE INSURANCE )
COMPANY OF AMERICA, and )        04 12139 NMG
USI CONSULTING GROUP,  )
                       )
        Defendants     )

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DEPUTY CLERK
DATE

**MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ
*PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3**

(1)     Defendant Unum Provident Life Insurance Company of America ("Unum") seeks to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2)     I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendant Unum in this case. I am a partner in the law firm of Pierce Atwood.

(3)     I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood.

(4)     Accompanying this Motion is a Certificate by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

{W0281695.1}

(5) No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: October 8, 2004

_____
John J. Aromando, BBO # 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*UnumProvident Life Insurance Company*
*of America*

{W0281695.1}