UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 12 A 8: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

RHODA SPANGLER, )
)
Plaintiff )
)
v. ) Civil No._____
)
UNUM PROVIDENT LIFE INSURANCE )
COMPANY OF AMERICA, and )
USI CONSULTING GROUP, )
)
Defendants )

04 12139 NMG

## CERTIFICATE OF GERALDINE G. SANCHEZ
## FOR ADMISSION *PRO HAC VICE* IN THE
## U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, John J. Aromando (Bar Reg. No. 545648) who has entered an appearance in this case, has moved this Court to grant leave for Geraldine G. Sanchez to practice before this Court in this particular case.

Furthermore, I, Geraldine G. Sanchez, do hereby certify the following:

(1)   I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Maine.

(2)   My office address and telephone number are: Pierce Atwood, One Monument Square, Portland, ME 04101 (207-791-1100).

(3)   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

{W0281695.1}

(4)   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case *Rhoda Spangler v. Unum Provident Life Insurance Company of America.*

Sworn to this date under penalties of perjury.

DATED: October 8, 2004

Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Provident Life Insurance Company*
*of America*

{W0281695.1}

## CERTIFICATE OF SERVICE

FILED
IN CLERKS OFFICE

2004 OCT 12  A 8: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

I hereby certify that a copy of the enclosed pleadings were served upon counsel for Plaintiff, via overnight mail, addressed as follows:

> James E. Grumbach, Esq.
> Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
> Wellesley Office Park
> 20 William Street, Suite 245
> Wellesley, MA  02481
>
> Alfred D. Ellis, Esq.
> Zimble & Brettler, LLP
> 21 Custom House Street
> Boston, MA  02110

DATED:  October 8, 2004

_John J. Aromando_

{W0277016.1}