UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHODA SPANGLER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, and | ) 04 12139 NMG |
| USI CONSULTING GROUP, | ) |
| | ) |
| Defendants | ) |

FILED IN CLERKS OFFICE
2004 OCT 12 A 8: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. UnumProvident Corporation, its parent company, has issued shares to the public.

DATED: October 8, 2004

_____
John J. Aromando
Bar Reg. No. 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*