UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 19 A 10: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RHODA SPANGLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 04-cv-12139 NMG |
| v. ) | |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, and ) | |
| USI CONSULTING GROUP, ) | |
| ) | |
| Defendants ) | |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendant Unum Life Insurance Company of America moves for an extension of the time within which it must serve its response to Plaintiff's Complaint, to and including November 2, 2004.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendant respectfully requests an enlargement of time to November 2, 2004, within which to respond to Plaintiff's Complaint.

Dated: October 18, 2004

_____
John J. Aromando
Bar Reg. No. 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0283538.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed Motion for Enlargement of Time was served upon counsel for Plaintiff via overnight mail, addressed as follows:

James E. Grumbach, Esq.
Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Wellesley Office Park
20 William Street, Suite 245
Wellesley, MA  02481

Alfred D. Ellis, Esq.
Zimble & Brettler, LLP
21 Custom House Street
Boston, MA  02110

DATED:   October 18, 2004

John J. Aromando

{W0283538.1}