# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court

I, **Michael M. Brennan, Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2004-03291** entered in the Superior Court on **08/20/2004**.

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of said Superior Court, at said Lowell this 19th day of October, in the year of our Lord 2004

Michael M. Brennan,
Assistant Clerk of the Courts



cvdremlett_1.wpd  2631381  removus ginger

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## MICV2004-03291
### Spangler v Unumprovident Life Insurance Company et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 08/20/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 10/19/2004 | **Session** | L2 - Cv time-stan 2 (Lowell) | | |
| **Origin** | 1 | **Case Type** | A01 - Services, labor, materials | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 11/18/2004 | **Answer** | 01/17/2005 | **Rule12/19/20** | 01/17/2005 |
| **Rule 15** | 01/17/2005 | **Discovery** | 06/16/2005 | **Rule 56** | 07/16/2005 |
| **Final PTC** | 08/15/2005 | **Disposition** | 10/14/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Rhoda Spangler
106 High Street
Active 08/20/2004

**Private Counsel 213740**
James E Grumbach
Rothenberg Estner Orsi Arone &
20 William Street, Suite 245
Wellesley Hills, MA 02481
Phone: 781-239-8900
Fax: 781-239-8909
Active 08/20/2004 Notify

**Private Counsel 153280**
Alfred D Ellis
Zimble & Brettler
21 Custom House Street
Suite 500
Boston, MA 02110
Phone: 617-723-2222
Fax: 617-723-9811
Active 10/06/2004 Notify

**Defendant**
Unumprovident Life Insurance Company
100 Summer Street
Suite 1400
Service pending 08/20/2004

**Private Counsel 545648**
Jonh J Aromando
Pierce Atwood
1 Monument Square
Portland, ME 04101
Phone: 207-791-1100
Fax: 207-791-1350
Active 10/19/2004 Notify

**Defendant**
USI Consulting Group
Served: 09/10/2004
Service pending 08/20/2004

| Date | Paper | Text |
|---|---|---|
| 08/20/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 08/20/2004 | | Origin 1, Type A01, Track F. |

MAS-20040909　　　　Case 1:04-cv-12139-NMG　　Document 7　　Filed 10/27/2004　　Page 3 of 5　　10/19/2004
ginger　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　09:23 AM
　　　　　　　　　　　　　　　　MIDDLESEX-SUPERIOR COURT
　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　Civil Docket

## MICV2004-03291
### Spangler v Unumprovident Life Insurance Company et al

| Date | Paper | Text |
|---|---|---|
|  | 2.0 | course, relating to the current address of the Defendant, USI Consulting Group |
| 10/19/2004 | 3.0 | Notice for Removal to the United States District Court filed by Unumprovident Life Insurance Company |
| 10/19/2004 |  | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

MIDDLESEX, ss.　　**Commonwealth of Massachusetts**
　　　　　　　　　SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process. I hereunto
set my hand and affix the seal of said Superior court
this 19 day of October, 2004

_[signature]_
Deputy　　　　Assistant Clerk

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04-3291 | Trial Court of Massachusetts Superior Court Department County: Middlesex |
|---|---|---|

| PLAINTIFF(S) Rhoda Spangler | DEFENDANT(S) UnumProvident Life Insurance Company and USI Consulting Group |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE (781) 239-8900 James E. Grumbach, Rothenberg, Estner, Orsi, Arone & Grumbach, 20 William St., Wellesley, MA 02481 Board of Bar Overseers number: 213740 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A01 | Breech of Contract | (F) | (x) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ................................................. $
  2. Total Doctor expenses .................................................. $
  3. Total chiropractic expenses ............................................ $
  4. Total physical therapy expenses ........................................ $
  5. Total other expenses (describe) ........................................ $
  Subtotal $
B. Documented lost wages and compensation to date ................................. $
C. Documented property damages to date ........................................... $
D. Reasonably anticipated future medical and hospital expenses .................... $
E. Reasonably anticipated lost wages ............................................. $
F. Other documented items of damages (describe)
  $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

  $
  TOTAL $

[Stamp: FILED OFFICE OF THE CLERK OF THE COURTS MIDDLESEX AUG 20 2004]

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):  This is a suit for life insurance benefits against the insurer and the third-party administrator of the Plan. The Plaintiff seeks payment of unpaid benefits under various legal theories.

TOTAL $ 163,350.00

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: _____

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET # **MICV2004-03291-L2**

RE: **Spangler v Unumprovident Life Insurance Company et al**

TO: James E Grumbach, Esquire
Rothenberg Estner Orsi Arone &
20 William Street, Suite 245
Wellesley Hills, MA 02481

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 11/18/2004 |
| Response to the complaint filed (also see MRCP 12) | 01/17/2005 |
| All motions under MRCP 12, 19, and 20 filed | 01/17/2005 |
| All motions under MRCP 15 filed | 01/17/2005 |
| All discovery requests and depositions completed | 06/16/2005 |
| All motions under MRCP 56 served and heard | 07/16/2005 |
| Final pre-trial conference held and/or firm trial date set | 08/15/2005 |
| Case disposed | 10/14/2005 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session "L2" sitting in **Cv CrtRm 2 (Lowell) Middlesex Superior Court.**

Dated: 08/20/2004

Edward J. Sullivan
Clerk of the Court

BY: Martha Fulham
Assistant Clerk

Location: Cv CrtRm 2 (Lowell)
Telephone: 978-453-0201 EXT 231

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**