UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 12  A 8: 45

RHODA SPANGLER,

    Plaintiff

v.

UNUMPROVIDENT LIFE
INSURANCE COMPANY and
USI CONSULTING GROUP,

    Defendants



U.S. DISTRICT COURT
DISTRICT OF MASS.

04   12139 NMG

Civil Action No.

**NOTICE OF REMOVAL**

To:   The Judges of the United States District Court for the District of Massachusetts

    Defendant UnumProvident Life Insurance Company[1] ("Unum"), a corporation

organized and existing under the laws of the State of Maine, pursuant to 28 U.S.C.

§§ 1441, et seq., requests removal of a civil action commenced in the Middlesex Superior

Court, styled Rhoda Spangler v. UnumProvident Life Insurance Company, et al., Docket

No. 04-03291-L2.  In support of removal, Defendant respectfully states:

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX

OCT 1 9 2004

CLERK

---

[1] Plaintiff has improperly named "UnumProvident Life Insurance Company" as the Defendant.  No such
entity exists.  Unum Life Insurance Company of America is the proper Defendant that issued the relevant
policy.

{W0277016.1}

1.      Plaintiff commenced this action by filing a Complaint (the "Complaint")

against Defendant in the Middlesex Superior Court of Massachusetts. Plaintiff alleges

claims for failure to pay benefits pursuant to a group life insurance policy issued by

Unum. Copies of all process, pleadings, and other orders served upon Unum are attached

hereto as Exhibit A.

2.      Defendant received service of the Complaint and Summons no sooner than

September 22, 2004.

3.      This Court has original jurisdiction of this action pursuant to 28 U.S.C.

§ 1331 and 29 U.S.C. § 1132(e), and the action may therefore be removed to this Court

pursuant to 28 U.S.C. § 1441(a).

4.      The policy provided by Unum pursuant to which Plaintiff claims benefits

is a group life insurance policy established by Plaintiff's decedent's employer for the

benefit of its employees. As such, it is an "employee welfare benefit plan" for purposes

of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1001-1461.

ERISA preempts all state laws relating to the plan. 29 U.S.C. § 1144. A proper action to

recover benefits due under the plan can be brought only pursuant to 29 U.S.C.

§ 1132(a)(1)(B).

5.      Defendant Unum desires to remove this action to this Court. Defendant

USI Consulting Group consents to this removal.

6.      Pursuant to 28 U.S.C. § 1446(b), removal is timely filed within thirty days

after service upon Defendant of the initial pleading setting forth the claims for relief. *See*

*Murphy Bros., Inc. v. Michetti Pipe Stringing,* 526 U.S. 344, 348, 354 (1999).

7.    Pursuant to 28 U.S.C. § 1446(d), the Defendant will shortly be filing a copy of the Notice of Removal with the Middlesex Superior Court, and sending copies of the Notice to Plaintiff's counsel.

8.    Pursuant to the United States District Court for the District of Massachusetts Local Rule 81.1(a), Defendant will file certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court.

WHEREFORE, Defendant respectfully requests that the above-captioned action be removed from the Middlesex Superior Court to this Court.

DATED:  October 8, 2004

John J. Aromando
Bar Reg. No. 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0277016.1}

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                  MIDDLESEX SUPERIOR COURT
                                               C.A. No. MICV2004-03291-L2

RHODA SPANGLER,                          )
                                         )
            Plaintiff                    )
                                         )
      v.                                 )
                                         )
UNUMPROVIDENT LIFE                       )
INSURANCE COMPANY and                    )
USI CONSULTING GROUP,                    )
                                         )
            Defendants                   )

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:        James E. Grumbach, Esq.
           Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
           Wellesley Office Park
           20 William Street, Suite 245
           Wellesley, MA 02481

           Alfred D. Ellis, Esq.
           Zimble & Brettler, LLP
           21 Custom House Street
           Boston, MA 02110

           Edward J. Sullivan, Clerk
           Middlesex Superior Court
           360 Gorham Street
           Lowell, MA 01852

      PLEASE TAKE NOTICE THAT, on October 12, 2004, Defendant Unum Provident Life

Insurance Company filed with the Clerk of the United States District Court for the District of

Massachusetts a Notice of Removal effecting removal of this action to the United States District

{W0277016.1}

Court for the District of Massachusetts. A copy of the Notice of Removal and supporting

documents are attached to this Notice.

DATED:    October 14, 2004

John J. Aromando, Bar Reg. No. 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed pleadings were served upon counsel for Plaintiff via First Class Mail, postage prepaid, addressed as follows:

> James E. Grumbach, Esq.
> Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
> Wellesley Office Park
> 20 William Street, Suite 245
> Wellesley, MA  02481
>
> Alfred D. Ellis, Esq.
> Zimble & Brettler, LLP
> 21 Custom House Street
> Boston, MA  02110

DATED:   October 14 , 2004

John J. Aromando