UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV -1  A 8: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RHODA SPANGLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-cv-12139 NMG |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, and ) | |
| USI CONSULTING GROUP, ) | |
| ) | |
| Defendants ) | |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants Unum Life Insurance Company of America and USI Consulting Group move for an extension of the time within which they must serve their response to Plaintiff's Amended Complaint, to and including November 18, 2004.

The parties are presently engaged in discussions as to whether or not Plaintiff's claims are preempted by the Employee Retirement Income Security Act of 1974. The extension is required so the parties may complete these discussions and, potentially, avoid the need to file Rule 12(b)(6) motions.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to November 18, 2004, within which to serve their response to Plaintiff's Amended Complaint.

{W0287171 1}

Dated: October 29, 2004

*/s/ John J. Aromando*
John J. Aromando (BBO# 545648)
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*


*/s/ Damon M. Seligson*
James D. Smeallie (BBO #467380)
Damon M. Seligson (BBO #632763)
Jessica H. Munyon (BBO #658729)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

*Attorneys for Defendant*
*USI Consulting Group*

{W0287171.1}