UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHODA SPANGLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-cv-12139 |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, and ) | |
| USI CONSULTING GROUP, ) | |
| ) | |
| Defendants ) | |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSIVE PLEADING**

Defendants Unum Life Insurance Company of America and USI Consulting Group move for an extension of the time within which they must serve their response to Plaintiff's Amended Complaint, to and including November 23, 2004.

The parties continue to be engaged in discussions as to whether or not Plaintiff's claims are preempted by the Employee Retirement Income Security Act of 1974. The extension is required so the parties may complete these discussions and, potentially, avoid the need to file Rule 12(b)(6) motions.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to November 23, 2004, within which to serve their response to Plaintiff's Amended Complaint.

Dated: November 15, 2004

_____
John J. Aromando (BBO# 545648)
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*


_____
James D. Smeallie (BBO #467380)
Damon M. Seligson (BBO #632763)
Jessica H. Munyon (BBO #658729)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

*Attorneys for Defendant*
*USI Consulting Group*

{W0291784 1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed Motion for Enlargement of Time was served upon counsel for Plaintiff via overnight mail, addressed as follows:

    James E. Grumbach, Esq.
    Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
    Wellesley Office Park
    20 William Street, Suite 245
    Wellesley, MA  02481

    Alfred D. Ellis, Esq.
    Zimble & Brettler, LLP
    21 Custom House Street
    Boston, MA  02110

    Damon M. Seligson, Esq.
    Holland & Knight LLP
    10 St. James Avenue
    Boston, MA  02116

DATED:     November 15, 2004

                                      _____
                                      John J. Aromando

{W0291784.1}