UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHODA SPANGLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-cv-12139 |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, and ) | |
| USI CONSULTING GROUP, ) | |
| ) | |
| Defendants ) | |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF**
**TIME TO FILE RESPONSIVE PLEADING**

Defendants Unum Life Insurance Company of America and USI Consulting Group move for an extension of the time within which they must serve their response to Plaintiff's Amended Complaint, to and including December 7, 2004.

The parties have had discussions, and continue to be engaged in discussions, as to whether or not Plaintiff's claims are preempted by the Employee Retirement Income Security Act of 1974. Counsel conferred on November 22, 2004 to address these issues further.

The requested extension is required so the parties may contemplate these discussions and, potentially, avoid the need to file Rule 12(b)(6) motions. Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to December 7, 2004, within which to serve their response to Plaintiff's Amended Complaint.

Dated: November 23, 2004

*/s/* John J. Aromando
John J. Aromando (BBO# 545648)
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

*/s/* James D. Smeallie
James D. Smeallie (BBO #467380)
Damon M. Seligson (BBO #632763)
Jessica H. Munyon (BBO #658729)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

*Attorneys for Defendant*
*USI Consulting Group*

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on November 23, 2004 by hand/by mail + electronically

*/s/* James D. Smeallie