UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RHODA SPANGLER, )
   Plaintiff )
)
v. ) Civil Action No. 04-CV-12139
)
UNUMPROVIDENT LIFE INSURANCE )
COMPANY AND USI CONSULTING GROUP, )
   Defendants. )

**JOINT MOTION FOR ENLARGEMENT OF
TIME TO FURTHER AMEND COMPLAINT AND
TO FILE RESPONSIVE PLEADINGS**

Plaintiff Rhoda Spangler and Defendants Unum Life Insurance Company of America and USI Consulting Group move for an extension of time for filing an Amended Complaint and Defendants' responses thereto. In support of this motion, the parties state that through recent legal research, the Plaintiff believes she may need to further amend her complaint in order to comply with the requirements of the Employee Retirement Income Security Act of 1974. Due to a recent death in Plaintiff's counsel's family, such legal research was not completed. Counsel requires additional time to complete such research and prepare an amended complaint.

For the foregoing reasons, the parties request that the Plaintiff be permitted to file a Further Amended Complaint by December 30, 2004, and the Defendants be permitted to file their responsive pleadings by January 28, 2005.

Respectfully submitted,

Plaintiff Rhoda Spangler
By her attorneys,

*/s/ Theresa Kelly Banash/*
James E. Grumbach, Esq., BBO# 213740
Theresa Kelly Banash, Esq., BBO #267170
ROTHENBERG, ESTNER, ORSI, ARONE &
GRUMBACH, LLP
Wellesley Office Park
20 William Street, Suite 245
Wellesley, MA  02481
(781) 239-8900


Defendant Unum Life Insurance Company of America
By its attorneys,     *per telephone authority of 12/7/04*

*/s/ John J. Aromando/tkb*
John J. Aromando, Bar Reg. No. 545648
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100


Defendant USI Consulting Group
By its attorneys,     *per telephone authority of 12/7/04*

*/s/ Damon A. Seligson/tkb*
James D. Smeallie (BBO #467380)
Damon M. Seligson (BBO #632763)
Jessica H. Munyon (BBO #658729)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700


Dated:          December 7, 2004