UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RHODA SPANGLER,<br>    Plaintiff<br><br>V.<br><br>UNUMPROVIDENT LIFE INSURANCE<br>COMPANY AND USI CONSULTING GROUP,<br>    Defendants. | Civil Action No.<br>04-12139-NMG |

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The plaintiff, Rhoda Spangler ("Ms. Spangler"), with the assent of the defendants, hereby moves that the Court continue the Scheduling Conference from February 23, 2005 to March 23, 2005 or another date convenient for the Court. The plaintiff submits as follows:

1. Plaintiff's Counsel has a previously scheduled vacation planned and will be out of the country from February 19, 2005 through February 28, 2005.

2. Plaintiff's Counsel has conferred with defense counsel and has determined that the parties are available on March 23, 2005.

Wherefore, the plaintiff respectfully requests that the Scheduling Conference be moved to March 23, 2004 or another date convenient to the Court.

For the Plaintiff Rhoda Spangler
By her attorneys,

James E. Grumbach, Esq., BBO# 213740
Theresa Kelly Banash, Esq., BBO #267170
ROTHENBERG, ESTNER, ORSI, ARONE &
GRUMBACH, LLP
Wellesley Office Park
20 William Street, Suite 245
Wellesley, MA  02481
(781) 239-8900

*[signature]*

Alfred D. Ellis, Esq.
(BBO #153280)
ZIMBLE & BRETTLER, LLP
21 Custom House Street
Boston, MA 02110
(617) 723-2222

Assented to:

For the Defendant UNUM Life Insurance Company of America
By its attorneys,

*[signature]*

John J. Aromando (BBO# 545648)
Geraldine G. Sanchez (BBO#       )
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 731-1100

For the Defendant USI Consulting Group
By its attorneys,

*[signature]*

James Smeallie (BBO# 467380)
Damon M. Seligson (BBO# 632763)
Jessica H. Munyon (BBO# 658729
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700