UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHODA SPANGLER,  )  <br>  )  <br> Plaintiff  )  <br>  )  <br> v.  )  <br>  )  <br> UNUM LIFE INSURANCE COMPANY  )  <br> OF AMERICA, and  )  <br> USI CONSULTING GROUP,  )  <br>  )  <br> Defendants  ) | Civil Action <br> No. 04-cv-12139 NMG |

## NOTICE OF APPEARANCE

TO:   Clerk of the Above-Named Court

Please enter my appearance on behalf of the defendant, *USI Consulting Group* in connection with the above-captioned case.

*Attorneys for Defendant*

USI Consulting Group

_____
Damon M. Seligson (BBO #632763)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  January 10, 2005

# 2517303_v1

*I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on ___/__/05 by Hand / by Mail*

_____