TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-03291-L2

Rhoda Spangler, Plaintiff(s)

v.

UnumProvident Life Insurance Company
& USI Consulting Group, Defendant(s)

## SUMMONS

To the above-named Defendant:   UnumProvident Life Insurance Company

You are hereby summoned and required to serve upon James E. Grumbach — Rothenberg, Estner, Orsi, Arone & Grumbach, LLP plaintiff's attorney, whose address is 20 William St., Suite 245 Wellesley, MA 02481, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Lowell either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Suzanne V. DelVecchio** squire, at ...............

the 5th day of October, in the year of our Lord 2004.

*Edward J Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-03291-L2

Spangler, Plff.

v.

Unumprovident Life Ins. Co., et al, Deft.

SUMMONS
(Mass. R. Civ. P. 4)

C4204734

( .................................................. )
( .................................................. )
( .................................................. )

**N.B. TO PROCESS SERVER:**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

Dated: ..................................................



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

Suffolk, ss.

October __, 2004

I hereby certify and return that on 10/19/2004 at 11:05AM I served a true and attested copy of the Summons, Amended Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to Ellen Andrews, Agent, for Unumprovident Life Insurance Company. At , 100 Summer Street, Suite 1400 Boston, MA 02108. Basic Service Fee (IH) ($30.00), Travel ($5.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $

_John Cotter_
Deputy Sheriff