TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No.   04-03291-L2

........... MIDDLESEX ........... , ss
[seal]

........ Rhoda Spangler ........... , Plaintiff(s)

v.

UnumProvident Life Insurance Company
and USI Consulting Group
........................................ , Defendant(s)

## SUMMONS

To the above-named Defendant:    USI Consulting Group

You are hereby summoned and required to serve upon ....James E. Grumbach, Rothenberg Estner, Orsi,
..Arone & Grumbach, LLP........ plaintiff's attorney, whose address is ...20 William St., Suite 245
..Wellesley, MA  02481.........................................., an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at ....Lowell....................

.................................................................. either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Suzanne V. DelVecchio

Witness, R................Esquire, at ........................................................................

the ................5th.................................... day of ..........October.........................................

...................., in the year of our Lord ..........2004........................ .

Edward J Sullivan

Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-03291-22

Spangler
.............., Plff.

v.

Unconfronted Life Ins. Co.........., Deft.

SUMMONS
(Mass. R. Civ. P. 4)

N.B.  TO PROCESS SERVER:

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS
BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

( .......................................................... )
( .......................................................... )
( .......................................................... )

Dated: ...................................................

04033834

*Middlesex, ss.*

October 19, 2004

I hereby certify and return that on 10/8/2004 at 11:50AM I served a true and attested copy of the SUMMONS AND
AMENDED COMPLAINT & TRACKING ORDER in this action in the following manner: To wit, by delivering in hand
to PAMELA BERUBE, agent, person in charge at the time of service for USI CONSULTING GROUP, at , 12 GILL
Street,  WOBURN, MA 01801. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.70), Postage and Handling
($1.00), Travel ($5.76) Total Charges $44.46

*Albert Faquee*
_____
*Deputy Sheriff*

**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171**