UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR 18  P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

RHODA SPANGLER, )
   Plaintiff )
v. ) C.A. No. 04-12139NMG
  )
UNUMPROVIDENT LIFE INSURANCE )
COMPANY AND USI CONSULTING GROUP, )
   Defendants. )
  )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the Plaintiff Rhoda Spangler and her counsel, James E. Grumbach, hereby certify as follows:

1. That the Plaintiff and her counsel have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- for the litigation; and

2. That the Plaintiff and her counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___th DAY OF MARCH, 2005.

_____
Rhoda Spangler, Plaintiff

1

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ th DAY OF MARCH, 2005.

James E. Grumbach, Esq., BBO# 213740
ROTHENBERG, ESTNER, ORSI, ARONE & GRUMBACH, LLP
20 William Street, Suite 245
Wellesley, MA 02481
(781) 239-8900

## CERTIFICATE OF SERVICE

I, James E. Grumbach, hereby certify that this day I served the Defendants with a copy of the foregoing by mailing a copy thereof first-class postage prepaid to Plaintiff's counsel, as follows:

Damon M. Seligson, Esq.        Geraldine Sanchez, Esq.
Holland & Knight LLP.          Pierce Atwood LLP
10 St. James Avenue            One Monument Square
Boston, MA 02116               Portland, ME 04101

James E. Grumbach

Dated:   March 17, 2005