UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHODA SPANGLER, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA, and )<br>USI CONSULTING GROUP, )<br>)<br>    Defendants ) | Civil Action No. 04-cv-12139 |

**DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S
<u>CERTIFICATION OF CONFERENCE</u>**

The undersigned certify that they have conferred:

(a)　with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated:　March 22, 2005

                              <u>/s/ Geraldine G. Sanchez</u>
                              Geraldine G. Sanchez
                              John J. Aromando, BBO #545648
                              PIERCE ATWOOD LLP
                              One Monument Square
                              Portland, Maine 04101
                              (207) 791-1100

                              *Attorney for Defendant*
                              *Unum Life Insurance Company of America*

{W0331446.1}

Dated: March 22, 2005

                                                                /s/ Sandra Livingston
Sandra Livingston
Litigation Counsel
UnumProvident
2211 Congress Street
Portland, ME  04122

{W0331434.1}

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the enclosed Certification of Conference was served upon counsel for the parties via First Class Mail, postage prepaid, addressed as follows:

> James E. Grumbach, Esq.
> Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
> Wellesley Office Park
> 20 William Street, Suite 245
> Wellesley, MA  02481
>
> Alfred D. Ellis, Esq.
> Zimble & Brettler, LLP
> 21 Custom House Street
> Boston, MA  02110
>
> Damon M. Seligson, Esq.
> Holland & Knight LLP
> 10 St. James Avenue
> Boston, MA  02116

DATED: March 22, 2005

                                            /s/ Geraldine G. Sanchez
                                            Geraldine G. Sanchez