UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
RHODA SPANGLER,                               )
       Plaintiff                              )
                                              )
v.                                            )    C.A. No. 04-12139NMG
                                              )
                                              )
UNUMPROVIDENT LIFE INSURANCE                  )
COMPANY AND USI CONSULTING GROUP,             )
       Defendants.                            )
_____)


**DEFENDANT USI CONSULTING GROUP'S CERTIFICATION OF CONFERENCE**


The undersigned certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: March 22, 2005

                                              DEFENDANT USI CONSULTING GROUP,
                                              By its attorneys,


                                              /s/ Damon M. Seligson_____
                                              James D. Smeallie, Esq., BBO #467380
                                              Damon M. Seligson, Esq., BBO #632763
                                              Holland & Knight LLP.
                                              10 St. James Avenue
                                              Boston, MA  02116
                                              (617) 523-2700 (telephone)
                                              (617) 523-6850 (fax)

# 2709539_v1