UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RHODA SPANGLER,<br>    Plaintiff<br><br>v.<br><br>UNUMPROVIDENT LIFE INSURANCE<br>COMPANY AND USI CONSULTING GROUP,<br>    Defendants. | C.A. No. 04-12139NMG |

## DEFENDANT USI CONSULTING GROUP'S REVISED CERTIFICATION OF CONFERENCE

The undersigned certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: March 31, 2005

                                      DEFENDANT USI CONSULTING GROUP, INC
                                      By its attorneys,

                                      /s/ Damon M. Seligson
                                      James D. Smeallie, Esq., BBO #467380
                                      Damon M. Seligson, Esq., BBO #632763
                                      Holland & Knight LLP.
                                      10 St. James Avenue
                                      Boston, MA  02116
                                      (617) 523-2700 (telephone)
                                      (617) 523-6850 (fax)

1

USI Consulting Group, Inc.

By _____
Peter J. Dranginis, Jr.
Vice President and Asst. General Counsel
U.S.I. Holdings Corporation for
555 Pleasantville Road
Suite 160 South
Pleasantville, NY 10510

# 2709539_v2