UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rhoda Spangler,
        Plaintiff

v.                                                                        Civil Action No. 01-40059-NMG

Unum Life Insurance Co., et al.,
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

      The Court having been advised by counsel on 7/15/2005 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                                         By the Court,

                                                                         /S/ Craig J. Nicewicz

7/18/05                                                               _____
   Date                                                               Craig J. Nicewicz
                                                                       Courtroom Clerk