UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHODA SPANGLER,             )<br>                             )<br>       Plaintiff            )<br>                             )<br>v.                           )<br>                             )<br>UNUM LIFE INSURANCE COMPANY  )<br>OF AMERICA, and              )<br>USI CONSULTING GROUP,        )<br>                             )<br>       Defendants            ) | Civil Action No. 04-cv-12139 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and attorneys' fees, with all rights of appeal waived.

DATED: October 6, 2005

Respectfully submitted,

_____
James E. Grumbach (BBO #213740)
ROTHENBERG ESTNER ORSI ARONE
& GRUMBACH, LLP
Wellesley Office Park
20 William Street, Suite 245
Wellesley, MA 02481
781-239-8900
*Attorney for Plaintiff Rhoda Spangler*

_____
Damon M. Seligson (BBO #632763)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
617-723-2222
*Attorney for USI Consulting Group*

{W0390722.1}

                                                                           */s/ Geraldine G. Sanchez (by JEL)*
Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
207-791-1100
*Attorney for Unum Life Insurance
Company of America*

{W0390722.1}